**Motion Granted; Order filed April 3, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-13-00502-CV
_____

**CHRISTINE E. REULE, Appellant**

**V.**

**M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP AND HUGHES, WATTERS, ASKANASE, LLP, Appellees**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2008-75636**

---

## ORDER

On March 11, 2014, this court ordered preparation of supplemental records pursuant to appellant's request. On March 27, 2014, the official court reporter filed the records from the hearings that she reported. She advised this court that Volume 9 of the Second Supplements Reporter's Record, which is the record from the post-

trial hearing held on June 24, 2013, was reported by a substitute court reporter, Alexandra McMillen. Accordingly, we issue the following order:

We order **Alexandra McMillen**, substitute court reporter, to file the reporter's record from the post-trial hearing held on June 24, 2013, on or before **May 12, 2014.**

The appeal remains abated and will be reinstated when the supplemental reporter's record is filed. Appellant's brief will be due 30 days after the appeal is reinstated.

PER CURIAM